UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Teri Angela Gorman                                          Chapter 13
                                                                    Case No. ___
Debtor.

## Chapter 13 Plan

Address:        Debtor   3555 Northmoor Ave., Memphis, TN 38128

Plan Payment:

Debtor Shall Pay:  $ 550.00   Monthly    By: Death Benefits    (X) Direct Pay
    Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
                                     ongoing payment begins

5. Priority Claims:                                                                            Monthly Pmt.
                                                         Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:             Monthly Pmt.
                                     ongoing payment begins

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmt.

   City of Memphis (propert tax) (3555 Northmoor)          $    3,258.00          12.00%          $75.00
   Shelby County Trustee(property) (3555Northmoor)         $    1,448.00          18.00%          $26.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

   | | Collateral Value | Interest Rate | Monthly Pmnt. |
   |---|---|---|---|
   | | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   | | Collateral |
   |---|---|
   | | |

10. Special Class Unsecured Claims:

    | | Collateral Value | Interest Rate | Monthly Pmnt. |
    |---|---|---|---|
    | | | | |

11. Student Loan Claims and Other Long Term Claims:
    Navient (33.5k)           (X) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
                                      ( ) Assume     ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately _60_ months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908           Date   November 11, 2019
    Debtor's Attorney's Signature

November 11, 2019

910 > May 15, 2017